IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AUREA M. HERNANDEZ MIRANDA, et al.<br><br>**Plaintiffs,**<br><br>v.<br><br>McDONALD'S CORPORATION et al.<br><br>Defendants | CIVIL NO. 96-2007 (RLA) |
| KATIA Y. PARRILLA LOPEZ CEPERO, et al.<br><br>Plaintiffs<br><br>v.<br><br>McDONALD'S CORPORATION, et al.<br><br>Defendants | CIVIL NO. 96-2391 (ELA) |

RECEIVED & FILED 1999 SEP -1 AM 8:48 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

**ORDER AUTHORIZING DISBURSEMENT OF REGISTRY FUNDS
CURRENTLY DEPOSITED AT COURT'S DESIGNATED
FINANCIAL INSTITUTION**

THE MOTION FOR DISBURSEMENT OF REGISTRY FUNDS submitted by KATIA Y. PARRILLA LOPEZ CEPERO, through her attorney, IS HEREBY GRANTED.

The Court is satisfied that altough petitioner is twenty years old, she has attained legal age by virtue of emancipation by her parents.

Accordingly, the Clerk of the Court is hereby ORDERED to draw a check in the principal amount designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rule 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows.

KATIA Y. PARRILLA LOPEZ CEPERO (S.S.#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)

Principal amount to be disbursed: $18,750.00

The check is to be mailed to: Katia Y. Parrilla López Cepero; DK-13 Calle Llanuras, Rio Hondo 4ta. Sección, Bayamón, P.R. 00961

SO ORDERED.

San Juan, Puerto Rico, this 30 day of August, 1999.

RAYMOND L. ACOSTA
U.S. DISTRICT JUDGE