UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



AUREA M. HERNANDEZ MIRANDA et al.,
    Plaintiffs,

    V.                    CIVIL NO. 96-2007 (RLA)

MCDONALD'S CORPORATION et al.,
    Defendants.

### O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/29/01   Docket # 42<br><br>[X] Plaintiff ZULEMA M. VAZQUEZ<br><br>Title: Motion | The motion for release of funds deposited in the registry of the Court is GRANTED. Accordingly, the Clerk of the Court shall issue a check in the amount of $18,750.00, plus interest less applicable fees, and furnish same to ZULEMA M. VAZQUEZ HERNANDEZ or her authorized representative. |

January, 31  2001         RAYMOND L. ACOSTA
   Date                          U.S. District Judge

Rec'd:    EOD:

By: